**FILED**
June 11, 2008
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | Case No. 2:08-mj-206 KJM |
| Plaintiff, | ) | |
| v. | ) | ORDER FOR RELEASE |
| | ) | OF PERSON IN CUSTODY |
| Brandon Coleman, | ) | |
| | ) | |
| Defendant. | ) | |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release  Brandon Coleman  Case 2:08-mj-206 KJM from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    \_   Release on Personal Recognizance

    \_   Bail Posted in the Sum of _____

    X   Unsecured bond in the amount of $150,000 co-signed by defendant's mother and wife.

    \_   Appearance Bond with 10% Deposit

    \_   Appearance Bond secured by Real Property

    \_   Corporate Surety Bail Bond

    X   (Other) PTS conditions/supervision;

Issued at  Sacramento, CA  on 6/11/08  at  2:35 p.m.

By _____
Kimberly J. Mueller,
United States Magistrate Judge