1 McGREGOR W. SCOTT
  United States Attorney
2 MICHAEL M. BECKWITH
  Assistant U.S. Attorney
3 501 I Street, Suite 10-100
  Sacramento, California  95814
4 Telephone: (916) 554-2797

5

6

7

8              IN THE UNITED STATES DISTRICT COURT FOR THE

9                   EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,      )
                                  )  No. Mag. S-08-206 KJM
12            Plaintiff,          )
                                  )  STIPULATION AND ORDER
13      v.                        )  CONTINUING PRELIMINARY HEARING
                                  )
14 BRANDON COLEMAN et al.,        )
                                  )
15            Defendants.         )  Hon. Kimberly J. Mueller
   ───────────────────────────   )

16

17      The parties request that the preliminary hearing set for

18 July 1, 2008, be continued to July 8, 2008.  The parties agree

19 that good cause exists for the requested seven-day continuance,

20 taking into account the public interest in the prompt disposition

21 of criminal cases.  Fed R. Crim. P. 5.1(d).  This brief

22 continuance will give the government time to seek an indictment

23 against the defendant, and will allow the parties and the Court

24 to avoid an unnecessary and time-consuming preliminary hearing.

25 The government's attorney is currently on the East Coast,

26 returning July 1, and will not be able to prepare and present an

27 indictment in this case until July 3, 2008.  The defendant is not

28 in custody.

                                1

1    For the reasons stated above, the parties ask the Court to

2  grant the requested continuance.

3

4                                      Respectfully Submitted,

5                                      McGREGOR W. SCOTT
                                       United States Attorney
6

7  Dated: June 24, 2008          By:/s/ Michael M. Beckwith
                                     MICHAEL M. BECKWITH
8                                    Assistant U.S. Attorney

9
   Dated: June 24, 2008          By:/s/ Caro Marks
10                                   CARO MARKS
                                     Attorney for defendant
11

12

13

14                           **ORDER**

15    Good cause having been shown, the preliminary hearing

16  currently set for July 1, 2008, is continued to July 8, 2008.

17

18  IT IS SO ORDERED.

19  Dated:  June 25, 2008.

20                                 EDMUND F. BRENNAN
                                   UNITED STATES MAGISTRATE JUDGE
21

22

23

24

25

26

27

28

                                   2